

COMMONWEALTH OF PENNSYLVANIA
**OFFICE OF ATTORNEY GENERAL**

MICHELLE A. HENRY
ATTORNEY GENERAL

October 16, 2023

Appellate Litigation Section
15th Floor, Strawberry Square
Harrisburg, PA  17120
Direct: 717-705-2331
Fax: 717-772-4526
skirkpatrick@attorneygeneral.gov

Patricia S. Dodszuweit, Clerk
UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1790

> **RE:**   ***Melvin Walker v. Pennsylvania Department of Transportation***
> **No. 23-2810**

Dear Ms. Dodszuweit:

Thank you for notice about the above referenced action. Please be advised that this Office will not participate as the complaint was dismissed prior to the effectuation of service.

Respectfully,

*s/ Sean A. Kirkpatrick*

Sean A. Kirkpatrick
Senior Deputy Attorney General

CC:   Melvin Trent Walker (*Pro Se*)