## U.S. Court Of Appeals, Third Circuit

MELVIN TRENT WALKER,

    Plaintiff,

vs.

PENNSYLVANIA DEPARTMENT OF TRANSPORTATION,

    Defendant

Case No. Court of Appeals Docket #: 23-2810

Nature of Suit 440 Civil Rights – Other Civil Rights

42:2000e Job Discrimination (Employment) Retaliation, Age Discrimination, Hostile Work Environment, Color, Race, Gender

42-1981 Retaliation Harassment Hostile Work Enviro

## Opposition to Dismissal of the Appeal for Lack of Appellate Jurisdiction

I Melvin-Trent;Walker;El,

A citizen of the several states. Oppose the dismissal of this case. Because of the possible lack of appellate jurisdiction.

I the plaintiff filed a MOTION to Stand on Complaint Clearly and Unequivocally. In the associated appealed District court case. From which this appeal arises.

On the date of 05/15/2023 entry #65 MOTION to Stand on Complaint Clearly and Unequivocally, filed by Melvin Trent Walker.

The District court later DISMISSED this case without prejudice.

On the date of 09/12/2023 entry #71 ORDER - it is hereby ORDERED that Judge Saporitos report (Doc. 63) is ADOPTED. Walkers complaint (Doc. 1) is DISMISSED without prejudice for failure to effect proper service.

OPPOSITION TO DISMISSAL OF APPEAL CASE NO 23-2810

1. Walkers miscellaneous motions (Docs. 65, 66, 67, 70) are DENIED as moot. Signed by Honorable Christopher C. Conner

2. I claim that the Magistrate judge believes that this case is final. Because of his views in a related case provided below. And an expressed stand on complaint, made by the plaintiff, is moot.

3. A motion has been made to allow the official review of the case record.

4. Melvin Walker v. Pennsylvania Office of Administration, et al

In a related Case 1:22-cv-02065-JFS Document #25 Filed 05/16/23. The Magistrate Judge Joseph F. Saporito, Jr. ruled, ...

Moreover, the plaintiff's pro se submission itself is a sufficient Expression of his election to stand upon the complaint, rather than to cure defective service. No further modification of our order of dismissal is necessary. See Berke, 242 F3d at 135 (recognizing the "well-settled principle" that an order dismissing a complaint without prejudice is final if the plaintiff has elected to stand on his complaint).

It is my prayer for relief that the appeals court accepts this brief in opposition of dismissal. And not dismiss due to jurisdictional defect.

_By: Melvin Pratt Walker_
Declarant; Pro Se Dated this day 23, of October, 2023.

OPPOSITION TO DISMISSAL OF APPEAL CASE NO 23-2810

# United States District Court Middle District Court of Pennsylvania

| | |
|---|---|
| MELVIN TRENT WALKER, | Case No 1:22-CV-01361 |
| Plaintiff, | |
| vs. | Nature of Suit 440 Civil Rights – Other Civil Rights |
| PENNSYLVANIA DEPARTMENT OF TRANSPORTATION | |
| Defendant | 42 2000e Job Discrimination (Employment) Retaliation, Age Discrimination, Hostile Work Environment, Color, Race, Gender |
| | 42-1981 Retaliation Harassment Hostile Work Enviro |
| | 18-1983 241,242 |

**FILED**
HARRISBURG, PA

MAY 15 2023

MISCELLANEOUS RELIEF          PER _____
                              DEPUTY CLERK

## MOTION TO STAND ON COMPLAINT CLEARLY AND UNEQUIVOCALLY

I Melvin-Trent;Walker;El,

A citizen of the several states, the plaintiff. Am asking the Court, to allow myself. The Plaintiff, to STAND ON MY COMPLAINT CLEARLY AND UNEQUIVOCALLY.

The complaint has been DISMISSED WITHOUT PREJUDICE. On 05/08/2023 entry #57

I the plaintiff, am asking the Magistrate Judge to put in an order of WITH PREJUDICE as a final ruling. Permitting the plaintiff grounds for an appeal. As opposed to WITHOUT PREJUDICE, being not final and non-appealable

MOTION TO STAND ON COMPLAINT CLEARLY AND UNEQUIVOCALLY CASE NO 1:22-CV-01361 - 1

C.A. No. 20-2783

MELVIN TRENT WALKER, Appellant

VS.

GOVERNOR OF PENNSYLVANIA, ET AL..

(E D Pa. Civ No 2-19-cv-04983)

Present AMBRO, SHWARTZ, and PORTER, Circuit Judges

On 01/21/2021 entry #21 ORDER of USCA THE APPEAL IS DISMISSED FOR LACK OF APPELLATE JURISDICTION. MELVIN TRENT WALKER APPEALS FROM THE DISTRICT COURTS ORDER OF JULY 29, 2020, DISMISSING HIS CLAIMS AGAINST PENNSYLVANIAS GOVERNOR AND SECRETARY OF TRANSPORTATION. WHILE SOME CLAIMS WERE DISMISSED WITH PREJUDICE, OTHERS WERE DISMISSED WITHOUT PREJUDICE, WITH INSTRUCTIONS FOR WALKER AS TO HOW HE MIGHT CURE EXISTING DEFECTS IN AN AMENDED COMPLAINT. GENERALLY, AN ORDER WHICH DISMISSES A COMPLAINT WITHOUT PREJUDICE IS NEITHER FINAL NOR APPEALABLE. BORELLI V. CITY OF READING, 532 F.2D 950, 951 (3D CIR. 1976) (PER CURIAM). A DISMISSAL WITHOUT PREJUDICE CAN BE FINAL IF THE PLAINTIFF HAS ELECTED CLEARLY AND UNEQUIVOCALLY TO STAND ON HIS COMPLAINT. SEE WEBER V. MCGROGAN, 939 F.3D 232, 240 (3D CIR. 2019).

I the plaintiff, want to exercise The Stand on Your Complaint Doctrine. And for it to be used in the alternative to. Local Rule 72.3 Review of Reports and Recommendations of Magistrate Judges Addressing Case Dispositive Motions. Such party shall file with the clerk of court, and serve on the magistrate judge and all parties, written objections which shall specifically identify the portions of the proposed findings, recommendations or report to which objection is made and the basis for such objections. The briefing requirements set forth in Local Rule 72.2 shall apply.

The local rule, may limit all remedies available to the plaintiff And the limits proposed on appealable matters and objections are a trespass on constitutional rights.

MOTION TO STAND ON COMPLAINT CLEARLY AND UNEQUIVOCALLY CASE NO 1:22-CV-01361 - 2

Volume 16AM Juris. 2nd Ed. Constitutional Law Sect. 97

A constitution should receive a liberal interpretation in favor of the citizen is especially true to respect of those provisions which were designed to safeguard the liberty and security of the citizen in regard to both person and property. See: Note 31. Bryers v. US 273 us 28

And a constitutional provision intended to confir a benefit should be liberally construed in favor of the clearly intended, and expressly designated beneficiary. See Note 32: Dejammer v Hoskill 30th of Albany

Similarly a provision intended to afford a remedy to those who have just claim should receive a beneficial construction for the porpose of extending a remedy to all who might fairly become within the meaning of the terms. See Note #33. Ryder v Fritchey, 49 Ohio St 285.

The contract (in this case the constitutions) shall be enforced most favorably in favor of the non-preparer.

This would prevent the cost of having a process server deliver documents, on the judge, and Secretary's office. And possibly loosing the right to appeal the Magistrate judge ruling. Because of claimed service or delivery defects.

In this, a non-consensual appointment presiding of this case.

My prayer for relief in this pleading is to have this case DISMISSED WITH PREJUDICE as Miscellaneous Relief.

And permit the plaintiff ground for an appeal. Be GRANTED

By: *[signature]*
Declarant, Pro Se Dated this day 15, of May, 2023.
By: Melvin -Trent: Walker ./

MOTION TO STAND ON COMPLAINT CLEARLY AND UNEQUIVOCALLY CASE NO 1:22-CV-01361 - 3

"I, (Melvin Trent Walker El), do hereby certify that a true and correct copy of the foregoing (Opposition to Dismissal of the Appeal for Lack of Appellate Jurisdiction has been mailed to (PA Secretary of Transportation c/o  Sean A. Kirkpatrick Senior Deputy Attorney General) by placing the same in the U.S. mail, properly addressed, this (23rd day) of (October), (2023 year).

*[signature]* (Signature)"

Appellate Litigation Section

15th Floor, Strawberry Square

Harrisburg, PA 17120



TO: Pat[...]
Uni[...]
For[...]
2,[...]
60[...]
Ph[...]

FROM:
Melvin Walker
3915 Union Deposit Rd #426
Harrisburg Pa
17109

7022 3330 0001 5006

Case: 23-2810 Document: 8 Page: 7 Date Filed: 10/26/2023



FROM:
[K]evin Walker
[??]15 Union Deposit Rd #426
Harrisburg Pa
7109

TO:
Patricia S. Dodszuweit
United States Court of Appeals
For the Third Circuit
21400 U.S. Courthouse
601 Market St.
Philadelphia Pa

CERTIFIED MAIL
7022 3330 0001 5006 8967

Retail
US POSTAGE PAID
FCM LG ENV
HARRISBURG, PA 17106
OCT 24, 2023
$6.66
R2305K133694-06
RDC 99
19106

RECEIVED
OCT 26 2023
U.S.C.A. 3rd CIR.